UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/09
```

-------------------------------------------------------X

Lillian Robles

09 Civ. 5326 (HB)

- against -

**ORDER OF DISCONTINUANCE**

Integrity Financial Partners, Inc.

-------------------------------------------------------X

**Hon. HAROLD BAER, JR., District Judge:**

This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled or are in the process of being settled, it is hereby

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. Should settlement not be finalized by September 26, 2009, any party may apply to have the action reopened, and it is further

ORDERED that the Clerk of the Court is instructed to close any pending motions, close this case and remove it from my docket.

SO ORDERED:
New York, New York
Dated: 8/12/09

_____
U.S.D.J.

I hereby consent to the entry of this proposed order:

_____          _____ 8/10/09
Attorneys for Plaintiff             Attorneys for Defendant

                                    _____
                                    Attorneys for Third-party